THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Anthony Walker, Respondent,
 v.
 South Carolina
 Budget and Control Board, South Carolina Retirement Systems, Appellant.
 
 
 

Appeal From Administrative Law Court
 John D. McLeod, Administrative Law Judge
Unpublished Opinion No. 2010-UP-207
Submitted March 1, 2010  Filed March 15, 2010    
AFFIRMED

 
 
 
 David K. Avant and Justin R. Werner, both of Columbia, for
 Appellant.
 Brian L. Boger, of Columbia, for Respondent.
 
 
 

PER CURIAM:  South Carolina Retirement Systems (SCRS)
 appeals the Administrative Law Court's (ALC) dismissal of Walker's claim
 requesting reimbursement for the cost of purchasing additional time necessary
 in order to retire.  SCRS argues the ALC erred in holding it lacked
 jurisdiction to hear Walker's claim.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 201(b), SCACR ("Only a party aggrieved by
 an order, judgment, sentence or decision may appeal."); Beaufort Realty
 Co., Inc. v. Beaufort County, 346 S.C. 298, 301, 551 S.E.2d 588, 589-90
 (Ct. App. 2001) ("A party cannot appeal from a decision which does not
 affect his or her interest, however erroneous and prejudicial it may be to some
 other person's rights and interests."); Id. at 301, 551 S.E.2d at
 589 ("The word 'aggrieved' refers to a substantial grievance, a denial of
 some personal or property right, or the imposition on a party of a burden or
 obligation.").         
AFFIRMED.
HUFF, THOMAS, and KONDUROS, JJ., concur.  

[1]  We decide this
 case without oral argument pursuant to Rule 215, SCACR.